LAW LIBRARY

NO. 25484

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

MELODIE R. ADUJA, Respondent.

2010 MAR -4 AM 8:36 K. NAKAMAKA CLERK APPELLATE COURTS STATE OF HAWAIʻI FILED

-------------------------------------------------------------------

IN RE APPLICATION FOR THE REINSTATEMENT OF

MELODIE R. ADUJA

ORIGINAL PROCEEDING
(ODC 00-383-6729)

ORDER OF REINSTATEMENT
(By: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.)

Upon consideration of the record and the Disciplinary Board's Report and Recommendation to Deny Melodie R. Aduja's Petition for Reinstatement to the Practice of Law, it appears contrary to the Disciplinary Board's Report and Recommendation, that Petitioner Aduja's violation of RSCH 2.16(h) while suspended was technical and de minimis and that she did not practice law while suspended. It further appears that Petitioner Aduja has proven, by clear and convincing evidence, rehabilitation, fitness to practice law, competence, compliance with all applicable disciplinary orders and rules, and compliance with other requirements imposed by the court, as required by Rule 2.17(b) of the Rules of the Supreme Court of the State of Hawaiʻi. Therefore,

IT IS HEREBY ORDERED that Petitioner Melodie R. Aduja's Petition for Reinstatement is granted and Petitioner Aduja is

reinstated to the practice of law in this jurisdiction.

IT IS FURTHER ORDERED that upon payment of all required dues and registration fees, the Clerk shall restore Petitioner Melodie R. Aduja to the roll of attorneys eligible to practice in the State of Hawai'i.

DATED:  Honolulu, Hawai'i, March 4, 2010.

Paula A. Nakayama

James E. Duffy Jr.

Mark Recktenwald